# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2182

_____

Joeffre Kolosky,                              *
                                              *
                    Appellant,                *
                                              *    Appeal from the United States
         v.                                   *    District Court for the
                                              *    District of Minnesota.
State of Minnesota; Fairview                  *
University Medical Center;                    *    [UNPUBLISHED]
AFSCME Council 6, Local 1164,                 *
                                              *
                    Appellees.                *

_____

Submitted: October 25, 2007
Filed: December 6, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Joeffre Kolosky appeals the district court's[1] dismissal of his civil action. Upon this court's de novo review, we conclude dismissal was proper for the reasons given by the district court. See Banks v. Int'l Union Elec. Workers, 390 F.3d 1049, 1052 (8th Cir. 2004) (de novo review of dismissal for res judicata); Thomas v. FAG

_____

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.

Bearings Corp., 50 F.3d 502, 504 (8th Cir. 1995) (same; dismissal for Eleventh Amendment immunity). We also conclude that the imposition of filing restrictions on Kolosky was warranted, see In re Tyler, 839 F.2d 1290, 1290-95 (8th Cir. 1988) (per curiam), and that the district court did not abuse its discretion in denying Kolosky's motion to reconsider, see Arnold v. Wood, 238 F.3d 992, 998 (8th Cir. 2001); Innovative Home Health Care, Inc. v. P.T.-O.T. Assocs. of the Black Hills, 141 F.3d 1284, 1286 (8th Cir. 1998).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____